IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01982-AP

DANNY V. HAYES,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Gregory J. Styduhar, Esq.
        Koncilja & Koncilja, P.C.
        125 West B Street
        Pueblo, CO 81003
        (719) 543-9591(telephone)
        (719) 543-0247 (facsimile)

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Laura Ridgell-Boltz
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A

       Denver, Colorado  80294
       (303) 844-1571
       (303) 844-0770 (facsimile)

**2.**  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

  The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.**  **DATES OF FILING OF RELEVANT PLEADINGS**

  A.  Date Complaint Was Filed: <u>October 4, 2006.</u>
  B.  Date Complaint  Was Served on U.S. Attorney's Office: <u>October 16, 2006.</u>
  C.  Date Answer and Administrative Record Were Filed: <u>December 18, 2006</u>.

**4.**  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

  <u>**Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**</u>
  <u>**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**</u>

**5.**  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

  <u>**Plaintiff does not intend to submit additional evidence.**</u>
  <u>**Defendant does not intend to submit additional evidence.**</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

  <u>**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**</u>
  <u>**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**</u>

**7. OTHER MATTERS**

  <u>**Plaintiff has no other matters to bring to the attention of the court.**</u>
  <u>**Defendant has no other matters to bring to the attention of the court.**</u>

**8. PROPOSED BRIEFING SCHEDULE**

  A. Plaintiff's Opening Brief Due:  <u>**FEBRUARY 23, 2007.**</u>
  B. Defendant's Response Brief Due: <u>**MARCH 26, 2007.**</u>
  C. Plaintiff's Reply Brief (If Any) Due: <u>**APRIL 10, 2007.**</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

  **A. Plaintiff's Statement.**
  <u>**Plaintiff does not request oral argument.**</u>

  **B. Defendant's Statement:**
  <u>**Defendant does not request oral argument.**</u>

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  *<u>Indicate below the parties' consent choice</u>.*

  A. **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
  B. **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

<u>**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**</u>

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

<u>**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**</u>

DATED this **16th day of January, 2007.**

                BY THE COURT:

                     *S/John L. Kane*
                     U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Gregory J. Styduhar   Date: 01/16/07**
125 West B Street
Pueblo, CO 81003
(719) 543-9591(telephone)
greg@konciljaandkoncilja.com

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Laura Ridgell-Boltz   Date: 01/16/07**
By:   Laura Ridgell-Boltz
       Special Assistant United States Attorney

       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1571
       (303) 844-0770 (facsimile)
       laura.ridgell-boltz@ssa.gov