IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01982-WDM

DANNY V. HAYES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

Miller, J.

This matter is before me on the Unopposed Motion to Remand, filed by defendant Michael J. Astrue,[1] Commissioner of Social Security (the Commissioner), pursuant to 42 U.S.C. § 405(g), which allows the court to , upon the pleadings and the transcript of the administrative record, enter judgment and remand the case to the Commissioner for a rehearing.  The Commissioner states that the Appeals Council has further reviewed Plaintiff Danny Hayes's case and determined that a remand for further proceedings is appropriate.  Specifically, the Commissioner informs me that, if remanded, the case will be sent "to an administrative law judge with instructions to reevaluate Plaintiff's claims in light of the evidence submitted with his subsequent

---

[1] This case was originally brought against Jo Anne B. Barnhart in her official capacity as Commissioner of Social Security, but on February 12, 2007, Michael J. Astrue became the new Commissioner.  Therefore, pursuant to Fed. R. Civ. P. 25(d)(1) he is automatically substituted as a party and this case will proceed in his name.

PDF Final

application for benefits, upon which Plaintiff was found disabled on March 16, 2006" and all issues will be reconciled. Hayes does not oppose the motion.

Upon consideration of the motion, I concur with the Commissioner's request. Accordingly, it is ordered:

1. The motion to remand (Docket No. 28), filed October 19, 2007, is granted pursuant to 18 U.S.C. § 405(g), sentence four.

2. This case shall be remanded to the Social Security Administration's Appeals Council for further remand to an administrative law judge for reevaluation of Hayes's claims as set forth in the motion.

DATED at Denver, Colorado, on October 24, 2007.

BY THE COURT:

s/ Walker D. Miller  
United States District Judge